IN THE UNITED STATES DISTRICT COURT
<u>FOR THE WESTERN DISTRICT OF NEW YORK</u>

UNITED STATES OF AMERICA,

        Plaintiff,

   -v-                                  06-CV-276-A

THE SUM OF $66,576.22, WHICH REPRESENTS
MONIES SEIZED FROM IN M&T BANK ACCOUNT
NO. 16073355, (ACCOUNT ONE), and

THE SUM OF $185,807.40 WHICH REPRESENT
THE MONIES SEIZED FROM IN M&T BANK
ACCOUNT NO. 01D604488, (ACCOUNT TWO)

        Defendant

---

**ORDER EXTENDING CLAIMANT'S TIME
TO FILE ANSWER IN CIVIL FORFEITURE ACTION**

Upon review of the <u>Stipulation to Extend Claimants' Time To File Answer in Civil Forfeiture Action</u> that was entered into by the United States of America by its attorney, Terrance P. Flynn, United States Attorney for the Western District of New York, Richard D. Kaufman, Assistant United States Attorney, of counsel, and the claimants William H. Nehill, Rosemary C. Nehill, and International Technologies Group, Inc., by their attorneys Geiger and Rothenberg, LLP, David Rothenberg, Esq., of counsel, it is hereby

**ORDERED**, that the claimant's time to file their Answer to the plaintiff's Verified Complaint for Forfeiture is extended until and including October 17, 2006, pursuant to Title 18, United States Code, Section 983(a)(3)(A).

IT IS SO ORDERED.

/s/ Richard J. Arcara
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED: September 12, 2006